# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **SUMMITBRIDGE CREDIT INVESTMENTS IV LLC** | * |
| | * **CIVIL ACTION NO. 6:15-cv-02125** |
| | * |
| *Plaintiff* | * |
| | * |
| **VERSUS** | * **JUDGE RICHARD T. HAIK, SR.** |
| | * |
| **OSV DETERMINATION, L.L.C.; JOHN** | * |
| **DAVID SILVETTI, a/k/a John D.** | * |
| **Silvetti, II; ALTERNATIVE** | * **MAG. JUDGE CAROL B. WHITEHURST** |
| **POSITIONING SOLUTIONS, L.L.C.;** | * |
| **MARINE SURVEYS, L.L.C.; and** | * |
| **SILVETTI MARINE SERVICES,** | * |
| **L.L.C., individually and *in personam*; and** | * |
| **the following documented vessel, with its** | * |
| **engines, machinery, equipment, fixtures,** | * |
| **appurtenances, etc., *in rem*: OSV** | * |
| **DETERMINATION, f/k/a Ocean** | * |
| **Surveyor, Official Number 1052907** | * |
| | * |
| *Defendants* | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF BANKRUPTCY STAY RELIEF

Defendant, OSV Determination, L.L.C., filed for Chapter 11 bankruptcy relief on September 11, 2015 in the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division (the "Bankruptcy Court"). See attached Exhibit "A". Please take notice that the Bankruptcy Court subsequently entered the two orders described below, thereby permitting the foreclosure portion of this action to continue unabated against the Defendant vessel, OSV DETERMINATION, and Defendant, OSV Determination, L.L.C.:

- *Consent Interim Order For Modification Of Automatic Stay And For Continuance Of Hearing*, entered December 8, 2015, a copy of which is attached hereto as Exhibit "B"; and

- *Consent Final Order For Modification Of Automatic Stay*, entered December 29, 2015, a copy of which is attached hereto as Exhibit "C".

Filed this 4th day of January, 2016.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  s/Joseph P. Hebert
Joseph P. Hebert
(LA Bar #6734; TX Bar #00789095)
William E. Kellner
(LA Bar #35860)
P. O. Box 52008
Lafayette, Louisiana  70505-2008
822 Harding Street
Lafayette, Louisiana  70503
Telephone:  (337) 232-7424
Facsimile:  (337) 267-2399
Email: jphebert@liskow.com
         wekellner@liskow.com

Attorneys for Plaintiff, SummitBridge Credit Investments IV LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Notice Of Bankruptcy Stay Relief*

has been served upon the following parties by depositing same in the United States First Class Mail,

postage prepaid and properly addressed:

John David Silvetti
401-B Mecca Dr.
Lafayette, LA  70508
*Defendant*

Marine Surveys LLC
Attn: John Silvetti
401-B Mecca Dr.
Lafayette, LA  70508
*Defendant*

Alternative Positioning Solutions LLC
Attn: John Silvetti
401-B Mecca Dr.
Lafayette, LA  70508
*Defendant*

Silvetti Marine Services LLC
Attn: John Silvetti
401-B Mecca Dr.
Lafayette, LA  70508
*Defendant*

Thomas E. St. Germain
Weinstein Law Firm
1414 NE Evangeline Thruway
Lafayette, LA  70501
*Bankruptcy Counsel for OSV
    Determination, L.L.C.*

Lafayette, Louisiana, this 4th day of January, 2016.

 s/ Joseph P. Hebert
Joseph P. Hebert